JOHN A. EVELER, APPELLANT, v. ATLANTIC CITY, RESPONDENT.

Argued November 30, 1915—Decided March 6, 1916.

On appeal from the Supreme Court, whose opinion is reported in 87 *N. J. L.* 399.

For the appellant, *Garrison & Voorhees.*

For the respondent, *Theodore W. Schimpf.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BERGEN, BLACK, TERHUNE, HEPPENHEIMER, WILLIAMS, TAYLOR, JJ. 10.

*For reversal*—None.

---

JOHN A. EVELER, APPELLANT, v. ATLANTIC CITY, RESPONDENT.

Argued November 30, 1915—Decided March 6, 1916.

On appeal from the Supreme Court, whose opinion is reported in 87 *N. J. L.* 399.

For the appellant, *Garrison & Voorhees.*

For the respondent, *Theodore W. Schimpf.*